HAROLD HECHT et al., Appellants, v. JACK M. LAUNER et al., Respondents.

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.